**Order entered February 6, 2020**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01348-CR

**DETRICK BLAIR DEAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82171-2015**

## ORDER

Before the Court is appellant's February 4, 2020 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **February 11, 2020**. If appellant's brief is not filed by February 11, 2020, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CORY L. CARLYLE
          JUSTICE